**Order entered June 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01562-CV

**QUICK CHANGE ARTIST, LLC, Appellant**

**V.**

**IRIS T. ACCESSORIES, Appellee**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-14118**

## ORDER

We **GRANT** the June 15, 2015 motion of nonresident attorney Chance McClain for admission *pro hac vice*. We **DIRECT** the Clerk of this Court to add Chance McClain as counsel *pro hac vice*.

We **ORDER** the brief tendered to this Court by appellant on May 22, 2015 filed as of the date of this order. Appellee's brief will be due **THIRTY DAYS** from the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE